SEND

FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA SMITH, et al, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al, <br><br> Defendants, | CASE NUMBER <br><br> CV 07-3497 MRP (PLAx) <br><br><br> ORDER RETURNING CASE <br><br> FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: May 31, 2007

_____
Honorable Mariana R. Pfaelzer
United States District Judge

---

NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge ___Otis D. Wright, II___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___ODW___ after the case number in place of the initials of the prior judge so that the case number will read CV 07-3497 ODW (PLAx).

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western  ☐ Southern  ☐ Eastern Division.
**Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-89 (01/05)        ORDER RETURNING CASE FOR REASSIGNMENT

ENTERED ON CM 6/7/07 k