# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:07-cv-03490-FMC-PJWx | Date | June 27, 2007 |
|---|---|---|---|
| | 2:07-cv-03492-FMC-PJWx | | |
| | 2:07-cv-03493-FMC-PJWx | | |
| | 2:07-cv-03497-FMC-PJWx ✓ | | |

| Title | Illene Bujdoso et al v. Merck and Co., Inc. et al |
|---|---|
| | Francis Finch et al v. Merck & Co Inc et al |
| | Bennie Horton et al v. Merck & Co Inc et al |
| | Cecilia Smith et al v. Merck & Co Inc et al |

Present: The Honorable FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not present                     Not present

**Proceedings:** ORDER TAKING MOTIONS OFF-CALENDAR (In Chambers)

The Plaintiff's Motions to Stay, filed 6-22-07, are removed from this Court's July 23, 2007 calendar. The Court will issue its ruling without oral argument.

: N/A

Initials of Preparer AM



DOCKETED ON CM
JUN 2 7 2007
BY _____ 035

#12