**P-SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-3497-FMC(PJWx) | Date | July 16, 2007 |
| Title | Cecilia Smith, et al. v. Merck & Co., Inc., et al. | | |

Present: The Honorable  Otis D. Wright II, United States District Judge

| Raymond Neal | Not reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not present  Not present

**Proceedings (In Chambers):**    **Order Vacating Scheduling Conference**

On June 12, 2007 the Court issued an Order Re Transfer Pursuant to General Order 224 - Related Case, transferring this case from Judge Wright to Judge Cooper.

Accordingly, the Scheduling Conference previously set for July 23, 2007 at 2:30 p.m. before Judge Wright is hereby VACATED.



DOCKETED ON CM
JUL 17 2007
BY _____ 010

: 00

Initials of Preparer  RGN

CV-90 (06/04)  CIVIL MINUTES - GENERAL  Page 1 of 1