Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482
(212) 837-6000

Paul F Strain
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*
-------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation            1:06-md-01789 (JFK)

-------------------------------------------------------x
*This Document Relates to ALL CASES*            **NOTICE OF CHANGE OF ADDRESS**

-------------------------------------------------------x

**TO:  Attorney Admission Clerk and All Other Parties**

　　　Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Venable LLP.  The mailing address for the Venable attorneys listed below should be changed to:  **750 E. Pratt Street, Suite 900, Baltimore, MD  21202**.  All phone numbers, fax numbers and e-mail addresses for these attorneys remain the same.

　　　　　Paul F. Strain

　　　　　David J. Heubeck

　　　　　Christina L. Gaarder

　　　　　James E. Gray

      Kathleen Sullivan Hardway

      M. King Hill, III

      Michael B. MacWilliams

      Stephen E. Marshall

      Randolph S. Sergent

      Craig A. Thompson

All are Pro Hac Vice attorneys.


Dated: June 2, 2008
      New York, New York         Respectfully submitted,


                                      /s/
                              Paul F. Strain

                              VENABLE LLP
                              750 E. Pratt Street
                              Suite 900
                              Baltimore, MD  21202
                              (410) 244-7400
                              Fax: (410) 244-7742
                              pfstrain@venable.com

Case 1:07-cv-09484-JFK   Document 23   Filed 06/02/2008   Page 2 of 3

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2008, the foregoing NOTICE OF CHANGE OF ADDRESS was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

                                        /s/
                              Paul F. Strain

                              VENABLE LLP
                              750 E. Pratt Street
                              Suite 900
                              Baltimore, MD  21202
                              (410) 244-7400
                              Fax: (410) 244-7742
                              pfstrain@venable.com