

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation      :          1:06-md-1789 (JFK)
                                                    :
-------------------------------------------------------x
*This Document Relates to:*                   :
Cecilia Smith, et al.                             :
v. Merck & Co., Inc.                            :
Case No: 1:07-cv-9484-JFK                 :
                                                    :
-------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in

the above-captioned case and Defendant Merck & Co., Inc., ("Merck") through their

respective undersigned counsel, as follows:

1.      This case having been resolved upon the agreement of the above-named

Plaintiffs to voluntarily dismiss with prejudice his claim against Merck in the above-

captioned case and the agreement of Merck not to seek from Plaintiffs its fees and costs.

The following Plaintiffs are hereby dismissed from the above-captioned case with

prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

Iris Levine and Howard Levine, wife and husband.

2.      Each party is to bear its own costs and attorneys' fees.

BA2/140498

Dated: ~~April~~ *August 12*, 2008


PHILLIPS & ASSOCIATES                    HUGHES HUBBARD & REED LLP


By_____              By_____
   Lowell W. Finson                          Theodore V. H. Mayer (TM 9748)
   3030 N. Third St.                          One Battery Park Plaza
   Suite 1100                                 New York, New York 10004
   Phoenix, AZ 85012-3049                     (212) 837-6888
   (602) 258-8900 ext. 295

                                          *Attorneys for Defendant Merck & Co, Inc.*

   *Attorneys for Plaintiff*


SO ORDERED: *John F. Keenan  8/14/08*
            _____
             Hon. John F. Keenan